[No. 14770–6–I. Division One. May 1, 1985.]

VILLA NEIGHBORS, *Appellant*, v. WASHINGTON RETIREMENT PARKS, ET AL, *Respondents*.

VILLA NEIGHBORS, ET AL, *Appellants*, v. THE CITY OF SEATTLE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 83–2–16604–7, Robert W. Winsor, J., entered April 17, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Coleman, JJ.

[No. 14274–7–I. Division One. May 1, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN RAY CARLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83–8–04002–9, Stephen M. Gaddis, J. Pro Tem., entered January 4, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Coleman, JJ. Now published at 40 Wn. App. 698.

[No. 14070–1–I. Division One. May 1, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER HICKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83–1–01906–7, Francis E. Holman, J., entered November 10, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Coleman, JJ.